

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2015

No. 04-15-00623-CV

**IN THE ESTATE OF MARJORIE A. CHILDS**, Deceased,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2014-PC-0056
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

Pursuant to section 51.014(d) of the Texas Civil Practice and Remedies Code and Rule 28.3 of the Texas Rules of Appellate Procedure, Pamela Ann Childs McCaskill and Susan Childs Addison's petition for permission to appeal from an interlocutory order is **granted**. A notice of appeal is deemed to have been filed on the date of this order and the appeal will proceed as an accelerated appeal. *See* TEX. R. APP. P. 28.3(k).

The record has been filed. Appellants' brief is due **November 12, 2015**.

We order the clerk of this court to file a copy of this order with the Probate Court Clerk. *See id.*

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2015.

_____
Keith E. Hottle
Clerk of Court